United States District Court
Southern District of Texas
**ENTERED**
April 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **JUAN GARCIA SEGUI,** | § | |
| Petitioner, | § | |
| | § | |
| **V.** | § | CIVIL ACTION NO. 5:26-CV-00395 |
| | § | |
| **DAVID COLE,** *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Temporary Restraining Order and Request for Injunctive Relief, (Dkt. No. 12).

Respondents are **ORDERED** to file a response to the motion **by April 17, 2026, at 5:00 p.m.**

It is so **ORDERED**.

**SIGNED** on April 10, 2026.

_____
John A. Kazen
United States District Judge