United States District Court
Southern District of Texas

**ENTERED**

May 07, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JUAN MANUEL GARCIA SEGUI, | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | Civil No. 5:26-cv-00395 |
| | § | |
| DAVID COLE, | § | |
| MIGUEL VERGARA, | § | |
| KRISTI NOEM, | § | |
| and PAM BONDI, | § | |
| *Respondents.* | § | |

## ORDER

Before the Court is Petitioner's Motion for Leave to Amend Petition for Writ of Habeas Corpus. Dkt. No. 16. After more than twenty-one days have passed, a pleading may only be amended with the written consent of the opposing party or leave of court. Fed. R. Civ. P. 15(a)(2). "The court should freely give leave when justice so requires." *Id.* Here, the Court finds that justice requires leave to amend the Petition due to intervening changes in the legal framework. Accordingly, Petitioner's Motion for Leave to Amend Petition for Writ of Habeas Corpus, Dkt. No. 16, is **GRANTED**. Petitioner's First Amended Petition for Habeas Corpus and Temporary Restraining Order, Dkt. No. 15, may stand as the operative petition in the docket.

Additionally, Respondents are **ORDERED** to file any desired supplements to their Response in Opposition to Petitioner's Motion for Temporary Restraining Order, Dkt. No. 14, and their Motion for Summary Judgment, Dkt. No. 9, by **May 15, 2026**. *See* 28 U.S.C. § 2243.

IT IS SO ORDERED

Signed this May 7, 2026, in Laredo, Texas.

_____
Diana Song Quiroga
United States Magistrate Judge