United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **JUAN MANUEL GARCIA SEGUI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00395** |
| | § | |
| **DAVID COLE,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

For the reasons and in the manner set forth in the Court's prior Memorandum Opinion & Order, (Dkt. No. 21), Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), was **GRANTED in part and DENIED in part**, and Respondents' Motion for Summary Judgment, (Dkt. No. 19), was **DENIED**.

Respondents filed an advisory confirming that Petitioner was released from custody on June 30, 2026. (Dkt. No. 22).

Following the Court's Order, no live claims remain in this case.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT without prejudice**.

It is so **ORDERED**.

**SIGNED** on August 3, 2026.

John A. Kazen
United States District Judge